IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3133 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINA MARIE BIAGGIO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon oral motion of the parties,

IT IS ORDERED:

1. The defendant's self-surrender date to the Federal Bureau of Prisons is hereby continued to no earlier than April 2, 2012, at a time and place to be determined by the Bureau of Prisons; and

2. Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

DATED this 19th day of December, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge