IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3133 |
| V. | ) | |
| CHRISTINA MARIE BIAGGIO, | ) | ORDER |
| Defendant. | ) | |

Upon joint motion of the parties,

IT IS ORDERED that:

(1) The defendant shall self-surrender to the Federal Bureau of Prisons no earlier than June 1, 2012.

(2) Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, the Pretrial Services Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

(3) If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 1 above, the Bureau of Prisons shall not select a date any earlier than June 1, 2012. And, the United States Marshals Service shall notify the defendant, counsel of record, the Probation Office and the Pretrial Services Office of the new date selected by the Bureau of Prisons.

DATED this 27th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge